# Exhibit 2

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

Lone Star Document Management LLC ("Lone Star") provides evidence of infringement of claim 16 of U.S. Patent No. 6,918,082 (hereinafter "the '082 patent") by GetBusy plc and GetBusy USA Corporation dba SmartVault Corporation (collectively "GetBusy").  In support thereof, Lone Star provides the following claim charts.

"Accused Instrumentalities" as used herein refers to at least GetBusy systems and methods, including one or more hardware and software products for document and content management and related services, which by way of example include but are not limited to SmartVault Document Management (DMS) document management solution. (*see, e.g.*, Document Management (DMS), https://www.smartvault.com/product/document-management-system/) (Exhibit 4) (the "Accused Instrumentalities").

These claim charts demonstrate GetBusy's infringement, and provide notice of such infringement, by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Instrumentalities.  These claim charts are not intended to constitute an expert report on infringement.  These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as GetBusy has not yet provided any non-public information.  An analysis of GetBusy's (or other third parties') technical documentation and/or software source code may assist in fully identifying all infringing features and functionality.  Accordingly, Lone Star reserves the right to supplement this infringement analysis once such information is made available to Lone Star.  Furthermore, Lone Star reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims.

Lone Star provides this evidence of infringement and related analysis without the benefit of claim construction or expert reports or discovery.  Lone Star reserves the right to supplement, amend or otherwise modify this analysis and/or evidence based on any such claim construction or expert reports or discovery.

Unless otherwise noted, Lone Star contends that GetBusy directly infringes the '082 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.

Unless otherwise noted, Lone Star believes and contends that each element of each claim asserted herein is literally met through GetBusy's provision of the Accused Instrumentalities.  However, to the extent that GetBusy attempts to allege that any asserted claim element is not literally met, Lone Star believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Lone Star did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as

1 of 39

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

To the extent the chart of an asserted claim relies on evidence about certain specifically identified Accused Instrumentalities, Lone Star asserts that, on information and belief, any similarly functioning instrumentalities also infringes the charted claim.  Lone Star reserves the right to amend this infringement analysis based on other products made, used, sold, imported, or offered for sale by GetBusy.  Lone Star also reserves the right to amend this infringement analysis by citing other claims of the '082 patent, not listed in the claim chart, that are infringed by the Accused Instrumentalities.  Lone Star further reserves the right to amend this infringement analysis by adding, subtracting, or otherwise modifying content in the "Accused Instrumentalities" column of each chart.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| Claim #10 | Accused Instrumentalities |
|---|---|
| **A system for proofing electronic documents delivered over a network, comprising:** | **The Accused Instrumentalities comprise a system for proofing electronic documents delivered over a network.**<br><br>The Accused Instrumentalities include a system for proofing electronic documents delivered over a network.<br><br>In particular, the Accused Instrumentalities include "SmartVault Document Management (DMS)", which uses a system for proofing electronic documents delivered over a network.<br><br>**Document Management Software for Accountants to Streamline Workflows**<br><br>Organize, access, and protect all your firm and client documents with a secure, centralized system that integrates with your existing tax and accounting software.<br><br>Source: Document Management (DMS)<br><br>https://www.smartvault.com/product/document-management-system/ (annotations added)<br><br>**Engage** — Automate client onboarding & engagement<br>**Collect** — Simplify document requests, tracking, and sharing<br>**Prep & Review** — Automate workpaper organization & tax prep<br>**Deliver** — Secure tax return delivery & payments<br>**Archive** — Secure, accessible, and compliant cloud storage — For every stage, forever unlimited<br><br>Source: Document Management (DMS)<br><br>https://www.smartvault.com/product/document-management-system/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: Workflow Automation & Efficiency

https://www.smartvault.com/product/workflow-automation-efficiency/ (annotations added)

The evidence above confirms that the Accused Instrumentalities include a system for proofing electronic documents delivered over a network.

An example of a "proofing" within the '082 patent is "to view the document version for review and comment" (See '082, e.g., 3:59-62).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| **a database of portable format electronic documents stored together with at least one proofer identifier;** | **The Accused Instrumentalities comprise a database of portable format electronic documents stored together with at least one proofer identifier.**<br><br>The Accused Instrumentalities include a database of portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS" which uses a database (cloud storage) of documents including portable format electronic documents.<br><br><br><br>Source: Document Management (DMS)<br><br>https://www.smartvault.com/product/document-management-system/ (annotations added)<br><br>**Unlimited Cloud-Based Document Storage**<br><br>Other platforms restrict storage, limit guest users (your clients), or charge extra as you grow. SmartVault includes unlimited storage and unlimited client access in every plan, so you can scale confidently, serve more clients, and eliminate surprise fees.<br><br>Source: Unlimited Cloud Storage<br><br>https://www.smartvault.com/product/unlimited-cloud-storage/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: Unlimited Cloud Storage (Timestamp, 01:28)

https://www.smartvault.com/product/unlimited-cloud-storage/ (annotations added)

The Accused Instrumentalities include the database of portable format electronic documents stored together with at least one proofer identifier.

In particular, the Accused Instrumentalities include "SmartVault DMS", which uses a database (cloud storage) of document (portable format electronic documents), stored together with at least one proofer identifier.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

# Sending a Password-Protected File

With SmartVault Connected Desktop, you can send password-protected PDF files to any recipient who isn't a customer or guest of your account. Before sending, you can change the PDF file(s), including/excluding annotations, deleting pages, and changing a page's orientation.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

To send a password-protected file:

1. Open the SmartVault Connected Desktop.

2. Locate and select the file(s) you want to send.

3. Right-click the file(s) and choose **Send to > Mail Recipient**.

4. In **Email Files - SmartVault**:
   - Ensure the file is a PDF.
   - Check the box for **Password protect and encrypt all PDF documents sent in this email**, then click **Send**.

5. Enter a password for the file.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: File Sharing & Access Controls

https://www.smartvault.com/product/file-sharing-access-controls/ (annotations added)



Source: File Sharing & Access Controls

https://www.smartvault.com/product/file-sharing-access-controls/ (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| | The evidence above confirms that the Accused Instrumentalities include a database of portable format electronic documents stored together with at least one proofer identifier. |
| | An example of a "portable format document" within the '082 patent is "to allow document creators and document approvers (or proof-readers) to exchange computer files without regard to the original authoring software or computer platform." (See '082, e.g., 1:55-58). An example of a "proof identifier" within the '082 patent is "a client is a unique group/collection of proofers. In this regard, it is understood that members of a client group may each have the same or different proofer identifiers." (See '082, e.g., 5:35-38). |
| | To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |
| **a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents; and** | **The Accused Instrumentalities comprise a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.**<br><br>The Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS" which uses "Annotations in Connected Desktop" for receiving reviewers' annotations (comments), each concerning a particular one of the portable format documents.<br><br>Using Annotations in the Connected Desktop<br><br>As part of your day-to-day workflow, you may need to annotate documents, shared or otherwise, to meet your business needs. Whether it's a tax return to be shared with a client or a financial statement for a client's banker, you can easily insert notes, checkmark, and x mark images and timestamps as well as highlight PDFs right from the Connected Desktop.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| | ## Inserting Images into a PDF Document<br><br>Annotation images apply to a green checkmark or a red x mark.<br><br>1. Open the Connected Desktop.<br><br>2. Right-click on the PDF you'd like to annotate and click **Edit**.<br><br>3. Before annotating, right-click any page, hover over Zoom to, and select **100%**. This will give you the best view of your document.<br><br>4. Right-click on the page and hover over Images. Select **Green Check Mark** or **Red X Mark**.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer connectable to the network for receiving a plurality of comments, each concerning a particular one of the portable format documents.

An example of a "computer connectable to the network" within the '082 patent is "Documents 54 are received from creators 56 and made available to proofers 52 over a network 58 by central computer 60." (See '082, e.g., 3:56-58). An example of "receiving plurality of comments" within the '082 patent is "Upon review of displayed document versions, proofers 52 may return comments 70 to central

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| | computer 60 for storage on database 64 together with the corresponding document version." (See '082, e.g., 4:6-9).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents.  The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result.  Any differences are insubstantial. |
| **a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents;** | **The Accused Instrumentalities comprise a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.**<br><br>The Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS" which includes a program executing on computer for associating and storing the received "plurality of comments" together with "document" (i.e., the particular portable format electronic documents) in database.<br><br>## Using Annotations in the Connected Desktop<br><br>As part of your day-to-day workflow, you may need to annotate documents, shared or otherwise, to meet your business needs. Whether it's a tax return to be shared with a client or a financial statement for a client's banker, you can easily insert notes, checkmark, and x mark images and timestamps as well as highlight PDFs right from the Connected Desktop.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

## Inserting Images into a PDF Document

Annotation images apply to a green checkmark or a red x mark.

1. Open the Connected Desktop.

2. Right-click on the PDF you'd like to annotate and click **Edit**.

3. Before annotating, right-click any page, hover over Zoom to, and select **100%**. This will give you the best view of your document.

4. Right-click on the page and hover over Images. Select **Green Check Mark** or **Red X Mark**.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

# Sending a Password-Protected File

With SmartVault Connected Desktop, you can send password-protected PDF files to any recipient who isn't a customer or guest of your account. Before sending, you can change the PDF file(s), including/excluding annotations, deleting pages, and changing a page's orientation.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

The evidence confirms that the Accused Instrumentalities include a program executing on said computer for associating and storing the received plurality of comments together with the particular portable format electronic documents.

An example of a "program executing on computer" within the '082 patent is "The computer also receives comments submitted by proofers, in which case the program stores the comments together with the corresponding document version." (See '082, e.g., 3:28-30).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| said computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document; | **The Accused Instrumentalities comprise a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.**<br><br>The Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS" which includes computer receiving a request from Reviewer (proofer) presenting access control permission link and password for authentication (i.e., proofing identifier) to review the content (i.e., portable format document).<br><br><br><br>**Secure, Encrypted Sharing**<br>Protect sensitive documents with links that expire, require authentication, and log every access.<br><br>Source: File Sharing & Access Controls<br><br>https://www.smartvault.com/product/file-sharing-access-controls/ (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: File Sharing & Access Controls

https://www.smartvault.com/product/file-sharing-access-controls/ (annotations added)

Source: File Sharing & Access Controls

https://www.smartvault.com/product/file-sharing-access-controls/ (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

# Sending a Password-Protected File

With SmartVault Connected Desktop, you can send password-protected PDF files to any recipient who isn't a customer or guest of your account. Before sending, you can change the PDF file(s), including/excluding annotations, deleting pages, and changing a page's orientation.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

To send a password-protected file:

1. Open the SmartVault Connected Desktop.

2. Locate and select the file(s) you want to send.

3. Right-click the file(s) and choose **Send to > Mail Recipient**.

4. In **Email Files - SmartVault**:

   ○ Ensure the file is a PDF.

   ○ Check the box for **Password protect and encrypt all PDF documents sent in this email**, then click **Send**.

5. Enter a password for the file.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

**L**ONE **S**TAR **D**OCUMENT **M**ANAGEMENT **LLC'**S **I**NITIAL **E**VIDENCE OF **I**NFRINGEMENT

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528434-Sending-a-Password-Protected-File#sending-a-password-protected-file-0-0 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a computer for receiving a request, from a proofer presenting the proofer identifier, to review a particular portable format electronic document.

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| **said program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.** | **The Accused Instrumentalities comprise a program for retrieving and formatting the requested document for simultaneous display to permit review.**<br><br>The Accused Instrumentalities include a program for retrieving and formatting the requested document.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS", which provides program for retrieving and formatting "content" (i.e., the requested document).<br><br>## Viewing Activity Logs<br><br>Auditing document access is crucial for meeting security and compliance guidelines. The SmartVault Activity Log tracks changes to access settings and activities like uploading, downloading, deleting, or modifying folders, vaults, or documents. You can view and export Activity Logs for your account and vaults.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360050527494-Viewing-Activity-Logs#viewing-activity-logs-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051273773-Using-Version-History-in-SmartVault
(annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051273773-Using-Version-History-in-SmartVault (annotations added)

The Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

In particular, the Accused Instrumentalities include "SmartVault DMS", which includes "Activity logs and version history" for retrieving and formatting "content" (i.e., the requested document) together with the associated plurality of comments for simultaneous display to permit review.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

# Using Annotations in the Connected Desktop

As part of your day-to-day workflow, you may need to annotate documents, shared or otherwise, to meet your business needs. Whether it's a tax return to be shared with a client or a financial statement for a client's banker, you can easily insert notes, checkmark, and x mark images and timestamps as well as highlight PDFs right from the Connected Desktop.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

## Entering an Annotation into a PDF Document

1. Open the Connected Desktop.

2. Right-click on the PDF you'd like to annotate and click **Edit**.



3. Before annotating, right-click any page, hover over Zoom to, and select **100%**. This will give you the best view of your document.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| | ## Inserting Images into a PDF Document<br><br>Annotation images apply to a green checkmark or a red x mark.<br><br>**1** Open the Connected Desktop.<br><br>**2** Right-click on the PDF you'd like to annotate and click **Edit**.<br><br>**3** Before annotating, right-click any page, hover over Zoom to, and select **100%**. This will give you the best view of your document.<br><br>**4** Right-click on the page and hover over Images. Select **Green Check Mark** or **Red X Mark**.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360051275653-Using-Annotations-in-the-Connected-Desktop#using-annotations-in-the-connected-desktop-0-0 (annotations added)

The evidence above confirms that the Accused Instrumentalities include a program for retrieving and formatting the requested document together with the associated plurality of comments for simultaneous display to permit review.

An example of "retrieving and formatting the requested document" within the '082 patent is "Subsequent formatting and display of the same document version may thereby include a complete history of comments submitted by various other reviewers." (See '082, e.g., 4:9-11).

To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial.

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| Claim 16 | Accused Instrumentalities |
|---|---|
| **The system of claim 10 wherein said program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.** | **The Accused Instrumentalities comprise a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.**<br><br>The Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.<br><br>In particular, the Accused Instrumentalities include "SmartVault DMS" which provide a program for retrieving record corresponding to document (i.e., requested document) and transmit a URL link that point to the specific document" (i.e., document from data in the record).<br><br>## Viewing Activity Logs<br><br>Auditing document access is crucial for meeting security and compliance guidelines. The SmartVault Activity Log tracks changes to access settings and activities like uploading, downloading, deleting, or modifying folders, vaults, or documents. You can view and export Activity Logs for your account and vaults.<br><br>Source: SmartVault Help Center<br><br>https://help.smartvault.com/hc/en-us/articles/360050527494-Viewing-Activity-Logs#viewing-activity-logs-0-0 (annotations added) |

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050524234-Previewing-and-Managing-Documents-in-the-SmartVault-Portal#h_01JEYDC5349N81J44Y3GG96847 (annotations added)

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050524234-Previewing-and-Managing-Documents-in-the-SmartVault-Portal#h_01JEYDC5349N81J44Y3GG96847 (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050524234-Previewing-and-Managing-Documents-in-the-SmartVault-Portal#h_01JEYDC5349N81J44Y3GG96847 (annotations added)

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528594-Sending-Links-to-Vaults-Folders-or-Files#h_01HE6AEFQDH80064PR8N2ETE5X (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

## Generating Copy/Paste Link

1. Sign in to the SmartVault Portal.

2. Click **View Files and Folders**, then navigate to the vault or folder containing the document(s) you want to share.

3. Click **Actions** ··· next to the vault or folder, and then select **Properties**

4. Click the **Get Link** tab, then verify that the person you want to send the link to is listed in the Users with Access section.

5. Copy and paste the link into an email message or another document.

6. Click **Close**.

Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528594-Sending-Links-to-Vaults-Folders-or-Files#h_01HE6AEFQDH80064PR8N2ETE5X  (annotations added)

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**



Source: SmartVault Help Center

https://help.smartvault.com/hc/en-us/articles/360050528594-Sending-Links-to-Vaults-Folders-or-Files#h_01HE6AEFQDH80064PR8N2ETE5X (annotations added)

The evidence above confirms the Accused Instrumentalities include a program retrieves a record corresponding to the requested document and assembles a URL pointing toward the document from data in the record.

An example of "assembles a URL" within the '082 patent is "When a proofer requests a document version, the URL is assembled by combining the protocol and host "<protocol>://<host>" together with the directory tree structure assembled from the information about the document version "<client>/<version>/<name>". The complete URL takes the form <protocol>://<host>/<client>/<project>/<version>/<name>/." (See '082, e.g., 5:55-61). An example of "retrieved record" within the '082 patent is "information stored in records 88 for each unique tag 106

**LONE STAR DOCUMENT MANAGEMENT LLC'S INITIAL EVIDENCE OF INFRINGEMENT**

**U.S. Patent No. 6,918,082 vs Defendant GetBusy dba SmartVault - Claim 16**

| | |
|---|---|
| | include creator identifier 108, creation date and time 110, approval status 112, document description 114, current version number 116 and latest version number 118" (See '082, e.g., 6:10-14).<br><br>To the extent any of the above-referenced claim language is construed or applied so that no literal infringement is found, then LONE STAR contends that this element is met under the doctrine of equivalents. The above-identified features and instrumentalities perform substantially the same function as the recited claim element, in substantially the same way, to achieve substantially the same result. Any differences are insubstantial. |