# Exhibit 4



# Document Management Software for Accountants to Streamline Workflows

Organize, access, and protect all your firm and client documents with a secure, centralized system that integrates with your existing tax and accounting software.

**Book a Demo**



Case 4:26-cv-05324    Document 1-4    Filed 07/06/26 in TXSD    Page 3 of 17



# Your Tech Stack Is Only as Strong as Its Core

SmartVault's document management software helps accounting firms streamline workflows, securely manage files, and deliver a better client experience without the chaos.

### ✓ Save Time and Reduce Manual Work

Eliminate repetitive tasks and streamline your entire tax document workflow, from request to archive, so your team can focus on higher-value work.

safeguard sensitive information and support IRS and FTC regulations.

### ✓ Deliver a Better Client Experience

Make it easy for clients to upload, review, sign, and access their documents anytime while showcasing your firm's professionalism.

# Simplify Every Step of Your Workflow

Whether you're a solo tax preparer or a fast-scaling multi-partner firm, SmartVault helps you organize documents, streamline collaboration, automate workflows, and stay compliant, without extra tools or stress.

Learn More



**Engage**
Automate client onboarding & engagement

**Collect**
Simplify document requests, tracking, and sharing

**Prep & Review**
Automate workpaper organization & tax prep

**Deliver**
Secure tax return delivery & payments

**Archive**
Secure, accessible, and compliant cloud storage — For every stage, forever unlimited



# Document Management System Features for an Effortless Tax Season

SmartVault is packed with practical, accounting-focused features designed to reduce admin work and improve client collaboration.

Auto-routing from tax software

Full-text OCR search

Mobile-friendly uploads

Granular access controls

Version history, audit trails, and file locking

Unlimited cloud storage and guest users

View ALL Features

## INDUSTRY LEADING INTEGRATIONS

# Powerful Integrations That Work Where You Do

  

View ALL Integrations



**Checklist**

# Accounting Firms Built on a DMS Core Scale Faster and Stay Safer

client trust, and meets evolving compliance demands.

Practice management works better with centralized documents

Secure portals rely on a secure DMS hub

E-signatures are trustworthy only if source docs are controlled

AI needs structured document access to function properly

Download the Checklist

# Ready to Power Your Firm with a Stronger Core?

Join over 3 million+ users who rely on SmartVault to organize, protect, and scale their document workflows.

   

## Schedule a Demo

Already a SmartVault Customer? Schedule Time Here.

Work Email

Phone Number

Company Name

Industry

Employee Count

State

United States

Next Step >

### FREQUENTLY ASKED QUESTIONS

# Have Questions? We've Got Answers.

### How does SmartVault integrate with my tax software?

SmartVault integrates with leading tax software like ProConnect®, Lacerte®, ProSeries®, Drake®, and UltraTax CS® to streamline your workflow. You can print tax documents directly into SmartVault, where they're automatically routed

### Is SmartVault compliant with IRS and FTC regulations?

SmartVault uses enterprise-grade encryption (AES-256), SOC 2 Type 2 compliance, multi-factor authentication, granular user permissions, and detailed audit trails. We support IRS Pub 4557, the FTC Safeguards Rule, GLBA, HIPAA, and other key regulations.

### Can clients eSign documents and upload directly into folders?

Yes! Clients can securely upload documents, review files, and eSign forms, like 8879s or engagement letters, from any device, including smartphones and tablets. No app required.

### What kind of support and onboarding is available?

Every firm gets a dedicated onboarding experience, including guided setup, training resources, and one-on-one support. Our U.S.-based team is here to help with everything from data migration to folder templates to best practices.

# Gather Ideas on How to Make Your Business Run More Efficiently



May 2, 2024

### [Choosing the Right Document Management System: A Must-Have Checklist for Accountants](#)

Read Now



December 2, 2024

**[Beyond Practice Management: Why Your Accounting Firm Needs a Dedicated Document Management System](#)**

Download Now

Case 4:26-cv-05324        Document 1-4        Filed 07/06/26 in TXSD        Page 13 of 17



### Nick Boscia Trusts SmartVault



November 19, 2024

**From Overwhelmed to Optimized: How SmartVault Helped Boscia & Boscia Double Their Client Base**

Watch Video



## Nick Boscia, CPA shares how using SmartVault impacts his firm

February 7, 2025

### 24/7 Client Access: Making Document Sharing Effortless with SmartVault

Watch Video

View ALL Resources

# Book a Personalized Demo

## See SmartVault in Action

Case 4:26-cv-05324    Document 1-4    Filed 07/06/26 in TXSD    Page 15 of 17

Book a Demo

# Start Your Free Trial

## Guided Setup with a Product Specialist

Meet with a product specialist to learn how our platform can help streamline your workflow, improve security, and save valuable time.

Request a Trial



   

**PRODUCT**

Document Management (DMS)

Client Portal

eSignature & Form Approvals

File Sharing & Access Controls

Unlimited Cloud Storage

Document Collection & Requests

SmartRequestAI

View ALL SmartVault Features

## SOLUTIONS

Software Integrations

Client Onboarding

File Sharing & Storage

Compliance & Audit

Industries

The SmartVault Difference

How We Compare

Security & Compliance

Innovation & Roadmap

## SERVICES

Training & Onboarding

On-Demand Courses

Data Migration & Setup

Support & Customer Success

How Our Team Helps

Blog & Articles

Case Studies

Guides & eBooks

Events & Webinars

Press & News

Videos

ROI + Time Savings Calculator

View ALL Resources

**COMPANY**

About Us

SmartVault Trust Center

Careers

Support

Contact Us

Login

©2026 SmartVault

Privacy Policy     Terms of Service     EULA     Law Enforcement Requests     Sitemap

Information Security

