United States District Court
Southern District of Texas

**ENTERED**

August 07, 2026

Nathan Ochsner, Clerk

## IN IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| LONE STAR DOCUMENT MANAGEMENT, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § § | C.A. No. 4:26-cv-5324 |
| GETBUSY PLC & GETBUSY USA CORPORATION dba SMARTVAULT CORPORATION, | § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER

Before the Court is Defendants GetBusy PLC's and GetBusy USA Corporation's (collectively, "GetBusy" or "Defendants") unopposed motion for an extension until September 14, 2026, to answer or otherwise respond to Plaintiff Lone Star Document Management, LLC's complaint for patent infringement (the "Motion"). Doc. #16. The Court having reviewed the Motion (Doc. #16), finds it should be GRANTED and therefore orders as follows:

IT IS ORDERED the deadline for GetBusy to answer or otherwise respond is extended until September 14, 2026.

SIGNED this _____ day of _AUG 0 7 2026____, 2026

_____
UNITED STATE DISTRICT JUDGE